Order Issued November 21, 2012



In The
# Court of Appeals
## Fifth District of Texas at Dallas

No. 05-11-01038-CV

DANIEL GOMEZ, Appellant

V.

RON BRACKETT AND ROSE ROCHA, Appellee

On Appeal from the 101st Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-10-02997-E

# ORDER

Before Justices Bridges, Francis, and Lang

Appellant's September 11, 2012 Motion for En Banc Reconsideration is **DENIED**.

MOLLY FRANCIS
JUSTICE